**STATE of Maine**

v.

**Lance Merle WARE.**

Supreme Judicial Court of Maine.

Argued Sept. 8, 1983.

Decided Oct. 12, 1983.

Geoffrey A. Rushlau (orally), Asst. Dist. Atty., South Paris, for plaintiff.

David W. Austin (orally), Rumford, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE and WATHEN, JJ.

1. Effective February 1, 1983, Rule 60(c) was

MEMORANDUM OF DECISION.

Lance Merle Ware appeals his conviction of robbery with a dangerous weapon in violation of 17–A M.R.S.A. § 651 (1983). His sole contention on appeal is that, during rebuttal, the prosecutor improperly commented on defendant's failure to testify, requiring the vacating of the jury verdict and the granting of a new trial. After careful review of the rebuttal argument, we find that the prosecutor's comments cannot be interpreted as referring to defendant's silence at trial. Accordingly, we affirm the judgment of conviction entered by the Superior Court.

The entry is

Appeal denied.

Judgment affirmed.

All concurring.